No. 1291. TAUB v. HALE, AKA RANDOLPH HALE-ALCAZAR THEATRE, ET AL. C. A. 2d Cir. Motion to defer consideration of the petition for a writ of certiorari denied. Certiorari denied.

No. 569, Misc. BLOETH v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se*. *Charles T. Matthews* for respondent.

No. 779, Misc. DIBLASI v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, *Samuel A. Hirshowitz*, First Assistant Attorney General, and *Iris Steel*, Deputy Assistant Attorney General, for respondent.

No. 998, Misc. CORRIE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se*. *Earl Faircloth*, Attorney General of Florida, and *James G. Mahorner*, Assistant Attorney General, for respondent.

No. 1047, Misc. DAVIS v. MARONEY, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.

No. 1060, Misc. COWLING v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se*. *Thomas C. Lynch*, Attorney General of California, *William E. James*, Assistant Attorney General, and *C. Anthony Collins*, Deputy Attorney General, for respondent.

No. 1622, Misc. MITCHELL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Evander Cade Smith* for petitioner.